IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00434-GPG
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

ANDREW SCOTT WREN,

      Plaintiff,

v.

DENVER SHERIFF DEPARTMENT, CITY COUNTY OF DENVER,
COLE, Denver County Sheriff's Deputy, in His Official and Individual Capacities,
DEPUTY # 2, Denver County Sheriff's Deputy, in His Official and Individual Capacities,
    and
DEPUTY # 3, Denver County Sheriff's Deputy, in His Official and Individual Capacities,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, Andrew Scott Wren, in the custody of the Colorado Department of
Corrections at the Kit Carson Correctional Facility in Burlington, Colorado.   Plaintiff has
submitted a Prisoner Complaint (ECF No. 1). pursuant to 42 U.S.C. § 1983 and a
"Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and Motion to
Request Court Appoint Counsel to this Pro Se Plaintiff" (ECF No. 3).  As part of the
Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the
submitted documents are deficient as described in this Order.  Plaintiff will be directed
to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in
response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  _X_  is not on proper form (must use the Court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  _X_  is missing a signed authorization to allow agency to disburse funds from inmate account
(10) _X_  other: **In the alternative Plaintiff may prepay the $400 filing fee.**

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form (must use the Court's current form used in filing 28 U.S.C. § 2254 actions)
(13) ___  is missing an original signature and date by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  other: E. Previous Lawsuit section of the Complaint form is not completed (Plaintiff has filed previous cases in this Court, must list all cases filed in any federal or state court )

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 (with the assistance of his case manager or the facility's legal assistant), along

with the applicable instructions, at www.cod.uscourts.gov.  It is

2

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 4, 2015, at Denver, Colorado.

BY THE COURT:


s/Gordon P. Gallagher
United States Magistrate Judge