IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00434-GPG

**ANDREW SCOTT WREN**,

    Plaintiff,

v.

**DENVER SHERIFF DEPARTMENT, CITY AND COUNTY OF DENVER;**
**COLE,** Denver County Sheriff's Deputy;
**DEPUTY # 2,** Denver County Sheriff's Deputy; and
**DEPUTY # 3,** Denver County Sheriff's Deputy, in their official and individual capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge. It is

DATED April 7, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        GORDON P. GALLAGHER
                                        United States Magistrate Judge