IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00434-REB-MEH

ANDREW SCOTT WREN,

    Plaintiff,

v.

DEPUTY DUKE COLE,
JOHN DOE #1, Denver County Sheriff Deputy,
JOHN DOE #2, Denver County Sheriff Deputy, and
JOHN DOE #3, Denver County Sheriff Deputy,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2015.**

    Defendant Cole's Unopposed Motion for Entry of Stipulation and Protective Order [filed July 14, 2015; docket #49] is **granted in part and denied in part**. Because the Court will not retain continuing jurisdiction over a case after it is terminated, the Court has modified the proposed protective order at paragraph 16. The modified proposed protective order is accepted and filed contemporaneously with this minute order.