IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00434-REB-MEH

ANDREW SCOTT WREN,

    Plaintiff,

v.

DUKE COLE,
RICHARD ANDERSON,
ARMAN GEVORKYAN, and
STELLA CHAVEZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2015.**

    In the interest of justice, Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and Jury Demand [filed September 17, 2015; docket #55] is **granted**. The Plaintiff shall file a clean copy of his Second Amended Complaint and Jury Demand on or before September 23, 2015, and shall serve the pleading on the newly identified Defendants in accordance with Fed. R. Civ. P. 4. The already-served Defendant shall file a response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15.